**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>Defendant. | Case No. 2:21-cv-01711-SB-JC<br><br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVEN that Plaintiff, Julia Hernandez, and Defendant, Financial Credit Network, Inc., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 7th day of April, 2021.          Respectfully Submitted,

                                             */s/ Neda Farah*
                                             Neda Farah
                                             FARAH LAW, P.C.
                                             8383 Wilshire Blvd., Suite 510
                                             Beverly Hills, CA 90211
                                             (310) 666-3786 (phone)
                                             (775) 261-1726 (fax)
                                             neda@nedafarahlaw.com
                                             *Attorney for Plaintiff, Julia Hernandez*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 7th day of April, 2021. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

                                                   */s/ Neda Farah*
                                                   Neda Farah
                                                   FARAH LAW, P.C.